**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SEBREN A. PIERCE, | ) | NO. EDCV 13-2311-GAF (JEM) |
|           Petitioner, | ) | |
|       v. | ) | **JUDGMENT** |
| CONNIE GIPSON, Warden, | ) | |
|           Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 17, 2014.


_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE